IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD L. GIESE,

    Petitioner,                                  JUDGMENT IN A CIVIL CASE

v.                                              Case No. 13-cv-62-bbc

LIZZIE TEGELS,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Richard Giese's motion for post conviction relief under 28 U.S.C. § 2254 for his failure to show that he did not receive a full and fair opportunity to litigate his Fourth Amendment claims in state court.

| /s/ | 8/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |