IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD L. GIESE,

    Petitioner-Appellant,

V.                         Case No.13-cv-62bbc

LIZZIE TEGELS,

    Respondent-Appellee.

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the petitioner-appellant, Richard L. Giese, pro se, with the assistance of jailhouse litigator/paralegal Tyrone D. Smith (#297130), moves this court pursuant to Rule 3(a)(1) and Rule 4(a)(1), Fed.R.App.P. for an appeal from the final judgment and order of this court entered on October 23, 2013 to the United States Court of Appeals for the Seventh Circuit.

Dated this 21 day of November 2013.

Respectfully submitted

_____
Richard L. Giese
Pro Se

New Lisbon Correctional Institution
P.O. Box 4000
New Lisbon, WI 53950